Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 17-30458 (ABA)**

Richard J. Janasiak and Crystal L. Janasiak  
2420 Alleghany Avenue  
Vineland, NJ  08360

Monthly Payment: $322.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | $322.00 | 01/31/2018 | $322.00 | 02/28/2018 | $322.00 | 04/02/2018 | $322.00 |
| 05/03/2018 | $322.00 | 06/04/2018 | $322.00 | 08/01/2018 | $322.00 | 09/10/2018 | $322.00 |
| 10/01/2018 | $322.00 | 11/02/2018 | $322.00 | 11/30/2018 | $322.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICHARD J. JANASIAK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $3,100.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN FIDELITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $625.96 | $0.00 | $625.96 | $0.00 |
| 4 | WELLS FARGO FINANCIAL NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,083.26 | $0.00 | $3,083.26 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $493.61 | $0.00 | $493.61 | $0.00 |
| 7 | CITI CARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $2,435.00 | $0.00 | $2,435.00 | $0.00 |
| 9 | CUMBERLAND COUNTY GUIDANCE CENTER | 33 | $130.00 | $0.00 | $130.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $14,573.90 | $0.00 | $14,573.90 | $0.00 |
| 11 | DISCOVER BANK | 33 | $4,874.95 | $0.00 | $4,874.95 | $0.00 |
| 12 | DISCOVER BANK | 33 | $4,926.78 | $0.00 | $4,926.78 | $0.00 |
| 13 | DITECH FINANCIAL, LLC | 24 | $11,597.22 | $768.66 | $10,828.56 | $282.66 |
| 14 | ESTATE OF PHILLIP WHITE C/O SHARON KING, | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MEMBER 1ST OF NJ FEDERAL CREDIT UNION | 33 | $5,109.97 | $0.00 | $5,109.97 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $968.21 | $0.00 | $968.21 | $0.00 |
| 17 | SALLIE MAE BANK | 33 | $1,077.30 | $0.00 | $1,077.30 | $0.00 |
| 18 | TD BANK, N.A. | 33 | $4,442.10 | $0.00 | $4,442.10 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WELLS FARGO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WELLS FARGO BANK, N.A. | 24 | $1,506.12 | $99.83 | $1,406.29 | $36.71 |
| 22 | WELLS FARGO BANK, N.A. | 24 | $1,004.16 | $66.55 | $937.61 | $24.47 |
| 23 | CRYSTAL L. JANASIAK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SALLIE MAE BANK | 33 | $624.04 | $0.00 | $624.04 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | WELLS FARGO BANK, N.A. | 33 | $58.62 | $0.00 | $58.62 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2017 | 1.00 | $0.00 |
| 12/01/2017 | Paid to Date | $518.00 |
| 01/01/2018 | 58.00 | $322.00 |
| 11/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,542.00 |
| Total paid to creditors this period: | $3,443.84 |
| Undistributed Funds on Hand: | $295.60 |
| Arrearages: | $322.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**