UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

FILED
JEANNE A. NAUGHTON, CLERK
FEB 25 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY ______ DEPUTY

In Re:
Richard & Crystal Janasiak

Case No.: 17-30458

Judge: ABA

Chapter: 13

CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by Ally Capital, creditor,

A hearing has been scheduled for 3/12/19, at 10 am m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for ____________, at ________ __m.

☐ Certification of Default filed by ____________, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (choose one):

☐ Payments have been made in the amount of $ ____________, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): Between March 2018 and December 2018 I was experiencing extreme hardship due to an on-going personal matter. Please see attached letter.

☐ Other (explain your answer): ____________

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 2/21/19 Debtor's Signature

Date: 02/21/19 Debtor's Signature

NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.

Case Name: Richard J. Janasiak and Crystal L. Janasiak/Elkins

Case Number: 17-30458-ABA

Document Number: 25

Dear Sir/Ma'am,

    I, Crystal L. Janasiak/Elkins, am writing this in response to a motion filed by Mr. John R. Morton Jr, esquire, attorney for Ally Capital. I received notification via mail on February 20, 2019 that a repossession request was filed in regards to my 2014 Chevy Malibu that I am financing through Ally Financial. The reason I am sending this response is because I am the primary loan holder for the 2014 Chevy Malibu financed through Ally Financial.

    Between March of 2018 and December of 2018 I was experiencing extreme financial hardship due to an on-going personal matter that I was experiencing. Unfortunately during this time period there were several months that I was unable to afford sending payment to Ally Financial for the 2014 Chevy Malibu.

    I sent proper payments for the 2014 Chevy Malibu via check in standard mail for the following months, which were withdrawn by Ally Financial from my checking account:

- Payment sent totaling $376.76 for January 2018
- Payment sent totaling $376.76 for February 2018
- Payment sent totaling $376.76 for April 2018
- Payment sent totaling $376.76 for May 2018
- Payment sent totaling $376.76 for June 2018
- Payment sent totaling $376.76 for July 2018
- Payment sent totaling $376.76 for September 2018
- Payment sent totaling $376.76 for October 2018
- Payment sent totaling $376.76 for December 2018
- Payment sent totaling $376.76 for February 2019 (currently sent via standard mail and pending withdraw by Ally Financial)

    Proof of the above transactions being sent/withdrawn are also attached to this response. The motion filed on February 19, 2019 by Mr. John R. Moron Jr, states that I have sent zero payments for the 2014 Chevy Malibu since September of 2018. As you can see, via the attached documentation, the checks sent for September 2018, October 2018, December 2018, and February 2019 (pending withdraw) were withdrawn from my checking account by Ally Financial so, contrary to the filed motion, payments were made throughout this time.

    As I stated above, I was experiencing an extremely difficult financial burden throughout the duration of March of 2018 and December of 2018. I do sincerely apologize for the months that I was

unable to make payments for during this time but, I did send in several months of payments as soon as I was able to afford to do so.

I honestly cannot afford for my vehicle to be repossessed since this is my primary mode of transportation to and from my place of employment. I am sincerely asking the court, as well as Mr. John R. Morton Jr. on behalf Ally Financial, if there is any way such repossession order being filed can be lifted. The personal matters that I was experiencing from March 2018 until December 2018 are finally taken care of and I am no longer in financial hardship. I am able and willing to re-pay the missed payments at this time in order to make my account current. If such is approved and I am able to do so, I would like to mail a certified check to Ally Financial to repay the missed payments on my account in order to avoid repossession of the vehicle. I would have no financial problem making future on-time payments for the 2014 Chevy Malibu to Ally Financial moving forward.

Thank you for your time and consideration on this matter.

Crystal L. Janasiak/Elkins



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Jan 21 2018-Feb 20 2018 |
| Cust Ref #: | 7871093535-630-E-*** |
| Primary Account #: | 787-1093535 |

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512
336
12/31/17
Pay to the Order of Allegheny Estates $ 180.06
One hundred eighty + 00/100 Dollars
For 2420 Allegheny Ave
⑆031201360⑆ 787 1093535⑈ 0336

| #336 | 02/01 | $180.00 |
|---|---|---|

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512
338
S9 1/17/18
Pay to the Order of Ally $ 376.76
Three Hundred Seventy Six 76/100 Dollars
For 0289 210039038
⑆031201360⑆ 787 1093535⑈ 0338

| #338 | 01/24 | $376.76 |
|---|---|---|

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512
339
1/9/18
Pay to the Order of Sallie Mae $ 105.68
One hundred and five + 68/100 Dollars
For 5852-5000-0740-5688/5139
⑆031201360⑆ 787 1093535⑈ 0339

| #339 | 01/23 | $105.68 |
|---|---|---|

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512
340
2/1/18
Pay to the Order of Landis Sewage Authority $ 195.00
One hundred ninety-five + 00/100 Dollars
For Act # 18301
⑆031201360⑆ 787 1093535⑈ 0340

| #340 | 02/06 | $195.00 |
|---|---|---|



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Feb 21 2018-Mar 20 2018 |
| Cust Ref #: | 7871093535-630-E-*** |
| Primary Account #: | 787-1093535 |

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

341

S9 2/17/18 Date

Pay to the Order of Ally $ 376.76

three hundred seventy-six 76/100 Dollars

TD Bank

For Acct #6289260039638

⑆031201360⑆ 787 1093535⑈ 0341

#341 03/02 $376.76

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

342

2/17/18 Date

Pay to the Order of Sallie Mae $ 105.45

One hundred and five 45/100 Dollars

TD Bank

For 585250000540568

⑆031201360⑆ 787 1093535⑈ 0342

#342 03/05 $105.45

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Apr 21 2018-May 20 2018 |
| Cust Ref #: | 7871093535-630-E-*** |
| Primary Account #: | 787-1093535 |

Crystal L Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

343

4/17/18

Pay to the Order of Ally $ 376.76

Three Hundred seventy-six 76/100 Dollars

TD Bank

For 102892100791038

⑆031201360⑆ 787 1093535⑈ 0343

#343 05/01 $376.76

Crystal L Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

344

4/12/18

Pay to the Order of Sallie Mae $ 105.45

One-hundred and five 45/100 Dollars

TD Bank

For 5852500005405688

⑆031201360⑆ 787 1093535⑈ 0344

#344 05/02 $105.45



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | May 21 2018-Jun 20 2018 |
| Cust Ref #: | 7871093535-630-E-*** |
| Primary Account #: | 787-1093535 |

Crystal L. Janasiak 2430 Allegheny Ave Vineland, NJ 08360 856-723-1512 — 345 — 5/17/18 — Pay to the Order of Ally $ 376.76 — Three Hundred Seventy-Six & 76/100 Dollars — TD Bank — For 628924639635 — ⑆031201360⑆ 787 1093535⑈ 0345

#345 06/04 $376.76

Crystal L. Janasiak 2430 Allegheny Ave Vineland, NJ 08360 856-723-1512 — 348 — 5/15/18 — Pay to the Order of Sallie Mae $ 105.45 — One hundred and five + 45/100 Dollars — TD Bank — For 5852500005405688 — ⑆031201360⑆ 787 1093535⑈ 0348

#348 06/04 $105.45



Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Jun 21 2018-Jul 20 2018 |
| Cust Ref #: | 7871093535-630-E-*** |
| Primary Account #: | 787-1093535 |

Crystal L. Janasiak
2430 Allegheny Ave
Vineland, NJ 08360
856-723-1512

415
6/9/18
Pay to the Order of Sallie Mae $ 105.45
One hundred five + 45/100 Dollars
For 5852360005405618
Crystal Janasiak
⑆031201360⑆ 787 1093535⑈ 0415

#415 06/27 $105.45

Crystal L. Janasiak
2430 Allegheny Ave
Vineland, NJ 08360
856-723-1512

416
6/17/18
S9
Pay to the Order of Ally $ 376.76
Three hundred seventy-six + 76/100 Dollars
For 1028926039438
Crystal Janasiak
⑆031201360⑆ 787 1093535⑈ 0416

#416 06/28 $376.76

Crystal L. Janasiak
2430 Allegheny Ave
Vineland, NJ 08360
856-723-1512

418
6/22/18
Pay to the Order of Kid Country $ 42.00
Forty-two + 00/100 Dollars
Crystal L Janasiak
⑆031201360⑆ 787 1093535⑈ 0418

#418 06/27 $42.00



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

Page: 6 of 6
Statement Period: Jul 21 2018-Aug 20 2018
Cust Ref #: 7871093535-630-E-***
Primary Account #: 787-1093535

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

349

8/9/18

Pay to the Order of Sallie Mae $ 105.45

One hundred and five + 45/100 Dollars

TD Bank
3650 S. Delsea Drive
Vineland, NJ 08360

For 5852500005405688

⑆031201360⑆ 787 1093535⑈ 0349

#349 08/14 $105.45

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

380

7/25/18

Pay to the Order of Sallie Mae $ 105.45

One hundred five + 45/100 Dollars

TD Bank
3650 S. Delsea Drive
Vineland, NJ 08360

For Loan #5852500005405688

⑆031201360⑆ 787 1093535⑈ 0380

37

#380 07/31 $105.45

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

381

7/17/18

Pay to the Order of Ally $ 376.76

Three hundred seventy six + 76/100 Dollars

TD Bank
3650 S. Delsea Drive
Vineland, NJ 08360

For Acct #038926079038

⑆031201360⑆ 787 1093535⑈ 0381

#381 08/02 $376.76

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

423

8/17/18

Pay to the Order of Katie Grubaus $ 162.00

One hundred sixty-two + 00/100 Dollars

TD Bank
3650 S. Delsea Drive
Vineland, NJ 08360

Thirty one

⑆031201360⑆ 787 1093535⑈ 0423

#423 08/20 $162.00



STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

Page: 6 of 6
Statement Period: Aug 21 2018-Sep 20 2018
Cust Ref #: 7871093535-630-E-***
Primary Account #: 787-1093535

Crystal L Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

233

9/1/18

Pay to the Order of Ally $ 376.76

Three Hundred seventy six + 76/100 Dollars

For 628926039638

⑆031201360⑆ 787 1093535⑈ 0233

#233 09/17 $376.76

Crystal L Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

234

9/1/18

Pay to the Order of Sallie Mae $ 105.45

One hundred and five + 45/100 Dollars

For 5852500065405488

⑆031201360⑆ 787 1093535⑈ 0234

#234 09/18 $105.45



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

Statement Period: Oct 21 2018-Nov 20 2018
Cust Ref #: 7871093535-630-E-***
Primary Account #: 787-1093535

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

428

10/17/18

Pay to the Order of JOSEPH J. HOFFMAN, JR., P.A. $ 174.00

One hundred seventy-four + 00/100 Dollars

TD Bank

For Craig Kugler, Esq.

⑆031201360⑆ 787 1093535⑈ 0428

#428 10/24 $174.00

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

429

10/14/18

Pay to the Order of Sally Funancial $ 376.76

Three hundred seventy-six + 76/100 Dollars

TD Bank

For 6289260639438

⑆031201360⑆ 787 1093535⑈ 0429

#429 10/29 $376.76

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

430

10/9/18

Pay to the Order of Sallie Mae $ 105.00

One hundred five + 00/100 Dollars

TD Bank

For 5852500005405288

⑆031201360⑆ 787 1093535⑈ 0430

#1330 10/29 $105.00

TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CRYSTAL L JANASIAK

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Dec 21 2018-Jan 20 2019 |
| Cust Ref #: | 7871093535-630-E-*** |
| Primary Account #: | 787-1093535 |

Crystal L. Janasiak
2420 Allegheny Ave
Vineland, NJ 08360
856-723-1512

383

12/16/18

Pay to the Order of Ally Financial $376.76

Three Hundred seventy-six 76/100 Dollars

TD Bank

For Acct #

⑈031201360⑈ 787 1093535⑈ 0383

#383 01/02 $376.76