# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

**IN RE: RICHARD J JANASIAK**                    **CASE NO.: 17-30458-ABA**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

NewRez LLC d/b/a
Shellpoint Mortgage Servicing
Name of Transferee

Ditech Financial LLC

Name of Transferor

Name and Address where notices to transferee
should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): 9-1
Amount of Claim: $191,195.48
Date Claim Filed: 11/21/2017

Phone: 800-365-7107
Last Four Digits of Acct #: 2582

Phone: 888-298-7785
Last Four Digits of Acct #: 8025

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Aleisha Jennings                    Date: March 6, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

**IN RE: RICHARD J JANASIAK**                                      **CASE NO.: 17-30458-ABA**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 9th 2020</u>, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via

United States Mail to the following parties:

Richard J Janasiak
2420 Alleghany Ave
Vineland, NJ 08360

Crystal L Janasiak
2420 Alleghany Ave
Vineland, NJ 08360

And via electronic mail to:

Terry Glen Tucker, P.C.
80 West Broad Street
Bridgeton, NJ 08302

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

**Robertson, Anschutz, Schneid & Crane LLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

**IN RE: RICHARD J JANASIAK**                    **CASE NO.: 17-30458-ABA**

By: /s/ Tia Morris
Email: timorris@rascrane.com