| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LEE M. PERLMAN<br>Attorney at Law<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Order Filed on February 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-30458<br><br>Chapter: 13 |
| In Re:<br><br>Richard J Janasiak, and<br>Crystal L. Elkins a/k/a Crystal L. Janasiak | Hearing Date: 1/19/2021<br><br>Judge: Altenburg |

# ORDER TO SEVER CASE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 2, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtors:  Crystal L. Elkins and Richard Janasiak
Case No.:  17-30458-ABA
Caption of Order to Sever Case

---

Upon consideration of the Motion to Sever case filed by Crystal L. Elkins a/k/a Crystal L. Janasiak, and the court having considered the matter and any opposition therto, and good cause appearing, it is hereby

**ORDERED** that the case of Crystal L. Elkins a/k/a Crystal L. Janasiak and Richard Janasiak is hereby severed; and it is

**FURTHER ORDERED** that Debtor, Crystal L. Janasiak, shall file an Application to Convert Case to a Chapter 7 Proceeding within 10 days of the date of this order; and it is

**FURTHER ORDERED** that Debtor, Richard J. Janasiak, shall file amended Schedules I and J within 10 days of the date of this order and it is

**FURTHER ORDERED** that the Clerk shall assign a new case number for Crystal L. Elkins a/k/a Crystal L. Janasiak.