|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LEE M. PERLMAN<br>Attorney at Law<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Order Filed on February 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:     17-30458<br><br>Chapter:          13 |
| In Re:<br><br>Richard J Janasiak, and<br>Crystal L. Elkins a/k/a Crystal L. Janasiak | Hearing Date:     1/19/2021<br><br>Judge:        Altenburg |

**ORDER TO SEVER CASE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 2, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Crystal L. Elkins and Richard Janasiak
Case No.: 17-30458-ABA
Caption of Order to Sever Case

---

Upon consideration of the Motion to Sever case filed by Crystal L. Elkins a/k/a Crystal L. Janasiak, and the court having considered the matter and any opposition therto, and good cause appearing, it is hereby

**ORDERED** that the case of Crystal L. Elkins a/k/a Crystal L. Janasiak and Richard Janasiak is hereby severed; and it is

**FURTHER ORDERED** that Debtor, Crystal L. Janasiak, shall file an Application to Convert Case to a Chapter 7 Proceeding within 10 days of the date of this order; and it is

**FURTHER ORDERED** that Debtor, Richard J. Janasiak, shall file amended Schedules I and J within 10 days of the date of this order **and it is**

**FURTHER ORDERED** that the Clerk shall assign a new case number for Crystal L. Elkins a/k/a Crystal L. Janasiak.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-30458-ABA

Richard J Janasiak     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Feb 02, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard J Janasiak, 2420 Alleghany Ave, Vineland, NJ 08360-7205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lee Martin Perlman | on behalf of Joint Debtor Crystal L Janasiak ecf@newjerseybankruptcy.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 02, 2021 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Michael R. DuPont | |
| | on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Sindi Mncina | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Terry Tucker | |
| | on behalf of Debtor Richard J Janasiak terrytucker@comcast.net |
| Terry Tucker | |
| | on behalf of Joint Debtor Crystal L Janasiak terrytucker@comcast.net |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12