Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 17-30458 (ABA)**

Richard J. Janasiak  
2420 Alleghany Avenue  
Vineland, NJ  08360

Monthly Payment: $345.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/2021 | $345.00 | 02/25/2021 | $345.00 | 03/23/2021 | $345.00 | 04/23/2021 | $345.00 |
| 05/25/2021 | $345.00 | 06/23/2021 | $345.00 | 07/26/2021 | $345.00 | 08/30/2021 | $345.00 |
| 11/01/2021 | $402.00 | 11/30/2021 | $402.00 | 12/30/2021 | $400.49 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICHARD J. JANASIAK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN FIDELITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $625.96 | $0.00 | $625.96 | $0.00 |
| 4 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,083.26 | $0.00 | $3,083.26 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $493.61 | $0.00 | $493.61 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $2,435.00 | $0.00 | $2,435.00 | $0.00 |
| 9 | CUMBERLAND COUNTY GUIDANCE CENTER | 33 | $130.00 | $0.00 | $130.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $14,573.90 | $0.00 | $14,573.90 | $0.00 |
| 11 | DISCOVER BANK | 33 | $4,874.95 | $0.00 | $4,874.95 | $0.00 |
| 12 | DISCOVER BANK | 33 | $4,926.78 | $0.00 | $4,926.78 | $0.00 |
| 13 | NEW REZ, LLC | 24 | $11,597.22 | $9,110.04 | $2,487.18 | $3,164.01 |
| 14 | ESTATE OF PHILLIP WHITE C/O SHARON KING, | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MEMBER 1ST OF NJ FEDERAL CREDIT UNION | 33 | $5,109.97 | $0.00 | $5,109.97 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $968.21 | $0.00 | $968.21 | $0.00 |
| 17 | SALLIE MAE BANK | 33 | $1,077.30 | $0.00 | $1,077.30 | $0.00 |
| 18 | TD BANK, N.A. | 33 | $4,442.10 | $0.00 | $4,442.10 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WELLS FARGO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WELLS FARGO BANK, N.A. | 24 | $1,506.12 | $1,183.10 | $323.02 | $410.89 |
| 22 | WELLS FARGO BANK, N.A. | 24 | $999.16 | $785.00 | $214.16 | $272.42 |
| 23 | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SALLIE MAE BANK | 33 | $624.04 | $0.00 | $624.04 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | WELLS FARGO BANK, N.A. | 33 | $58.62 | $0.00 | $58.62 | $0.00 |
| 28 | ALLY FINANCIAL | 13 | $100.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2017 | 17.00 | $0.00 |
| 04/01/2019 | Paid to Date | $5,348.00 |
| 05/01/2019 | 42.00 | $345.00 |
| 11/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,964.49 |
| Total paid to creditors this period: | $3,847.32 |
| Undistributed Funds on Hand: | $735.08 |
| Arrearages: | $163.47 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**