| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard J Janasiak<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7291<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–30458–ABA | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Richard J Janasiak

<u>5/18/23</u>                                                                   **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                   Case No. 17-30458-ABA

Richard J Janasiak                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                  User: admin                                  Page 1 of 4

Date Rcvd: May 18, 2023                        Form ID: 3180W                           Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J Janasiak, 2420 Alleghany Ave, Vineland, NJ 08360-7205 |
| cr | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518025122 | + | Ally Financial, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 517112173 | + | American Fidelity, PO Box 25523, Oklahoma, OK 73125-0523 |
| 517112175 | + | Bobs Furniture, PO Box 660553, Dallas, TX 75266-0553 |
| 517112180 | + | Cumberland County Guidance Center, 2038 Carmel Rd., Millville, NJ 08332-9754 |
| 517189759 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 517885680 | + | Ditech Financial LLC, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517112185 | + | Estate of Phillip White c/o Sharon King,, 231 S. Broad Street, Woodbury, NJ 08096-2448 |
| 517137954 | + | TD Bank NA, Richard J Tracy, III Esq, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517137385 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 517201091 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | May 19 2023 00:28:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | | EDI: GMACFS.COM | May 19 2023 00:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 517139563 | | EDI: GMACFS.COM | May 19 2023 00:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519323011 | + | EDI: AISACG.COM | May 19 2023 00:28:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517112172 | + | EDI: GMACFS.COM | May 19 2023 00:28:00 | Ally Financial, POB 380901, Bloomington, MN 55438-0901 |
| 517112174 | + | EDI: CITICORP.COM | May 19 2023 00:28:00 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 517112176 | + | EDI: CAPITALONE.COM | May 19 2023 00:28:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517544411 | + | EDI: AISACG.COM | May 19 2023 00:28:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe |

Case 17-30458-ABA    Doc 51    Filed 05/20/23    Entered 05/21/23 00:14:54    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517112177 | + | EDI: RMSC.COM | May 19 2023 00:28:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 517112178 | + | EDI: CITICORP.COM | May 19 2023 00:28:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 517112179 | + | EDI: CITICORP.COM | May 19 2023 00:28:00 | Citicards, PO Box 9001037, Louisville, KY 40290-1037 |
| 517112182 | | EDI: DISCOVER.COM | May 19 2023 00:28:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517112183 | + | EDI: DISCOVER.COM | May 19 2023 00:28:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517129324 | | EDI: DISCOVER.COM | May 19 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517296513 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 20:49:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517112186 | | Email/Text: ecrean@membersonenj.org | May 18 2023 20:34:00 | Members 1st, 37 W. Landis Ave., Vineland, NJ 08360 |
| 517147907 | | Email/Text: laura@redbanklaw.com | May 18 2023 20:34:00 | Members 1st of NJ Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518751670 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2023 20:35:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518751671 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2023 20:35:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517283322 | | EDI: PRA.COM | May 19 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517268685 | | EDI: PRA.COM | May 19 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517112187 | + | EDI: RMSC.COM | May 19 2023 00:28:00 | QVC Card, PO Box 530905, Atlanta, GA 30353-0905 |
| 517306939 | | EDI: Q3G.COM | May 19 2023 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517112188 | + | EDI: SALLIEMAEBANK.COM | May 19 2023 00:28:00 | Sallie Mae, PO Box 8459, Philadelphia, PA 19101-8459 |
| 517183772 | + | EDI: SALLIEMAEBANK.COM | May 19 2023 00:28:00 | Sallie Mae,, P.O Box 3319,, Wilmington, DE 19804-4319 |
| 517114574 | + | EDI: RMSC.COM | May 19 2023 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517112189 | | EDI: TDBANKNORTH.COM | May 19 2023 00:28:00 | TD Bank, PO Box 8400, Lewiston, ME 04240 |
| 519825151 | + | Email/Text: EBN@edfinancial.com | May 18 2023 20:35:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517112191 | + | EDI: WFFC2 | May 19 2023 00:28:00 | Wells Fargo, PO Box 51193, Los Angeles, CA 90051-5493 |
| 517112190 | + | EDI: WFFC2 | May 19 2023 00:28:00 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 517217157 | | EDI: WFFC2 | May 19 2023 00:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 3180W | Total Noticed: 46 |

| 517112192 | + EDI: WFFC.COM | May 19 2023 00:28:00 | Wells Fargo Financial National Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517112184 | | Ditech |
| 519825152 | *+ | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517112181 | ##+ | Department of Education, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Michael R. DuPont | on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Terry Tucker | on behalf of Debtor Richard J Janasiak terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: May 18, 2023 | Form ID: 3180W | Total Noticed: 46

TOTAL: 11